IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROWENA SIMMONS, *et al.*,   *

   Plaintiffs   *

v.   *   Civil Action No.: 1:21-cv-00969-LKG

BALTIMORE CITY POLICE DEPARTMENT, *et al.*,   *

   Defendants.   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

# Exhibit List

| Exhibit Number | Description |
| --- | --- |
| Exhibit 1 | BPD Policy 1503 – Emergency Vehicle Operation and Pursuit Policy |
| Exhibit 2 | Foxtrot Video |
| Exhibit 3 | Certificate of Records of Regularly Conducted Business Activity |
| Exhibit 4 | Deposition of Officer Felix Torres |
| Exhibit 5 | Deposition of Officer Zachary A. Franks |
| Exhibit 6 | Deposition of Officer Johnta Gray |
| Exhibit 7 | Deposition of Sergeant James L. Conley |
| Exhibit 8 | Deposition of Lieutenant Lakishia L. Tucker |
| Exhibit 9 | Deposition of Officer John Bilheimer |
| Exhibit 10 | Deposition of Officer John Schreven |
| Exhibit 11 | Deposition of Officer Thomas C. Getsinger, Jr. |
| Exhibit 12 | Portion of Getsinger Report |