# EXHIBIT 2

**PLACEHOLDER FOR EXHIBIT 2, FOXTROT VIDEO**

**(NATIVE TO BE HAND-DELIVERED TO THE COURT)**